UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALKIAT SINGH,<br><br>       Plaintiff,<br><br>  -against-<br><br>ANTHONY WATSON and UNITED NATURAL FOODS, INC.,<br><br>       Defendants. | 23-cv-7632 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 31, 2023 Order, ECF No. 5, the parties were required to file a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, the contents of which are described therein, no later than Thursday of the week prior to the conference date. To date, the parties have not filed the letter or Case Management Plan. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 2, 2023 at 12 PM**.

  SO ORDERED.

Dated: September 29, 2023
    New York, New York

                  _____
                    ARUN SUBRAMANIAN
                   United States District Judge