UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALKIAT SINGH,<br><br>                        Plaintiff,<br><br>-against-<br><br>ANTHONY WATSON and UNITED NATURAL FOODS, INC.,<br><br>                        Defendants. | 23-cv-7632 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties in this case have repeatedly violated the Court's orders and defied the Court's Individual Practices. First, pursuant to the Court's August 31, 2023 order, the parties were required to submit a joint letter and case management plan no later than Thursday of the week prior to the initial pretrial conference date, *i.e.*, September 28, 2023. *See* ECF No. 5. The parties failed to do so. The Court then issued an order on September 29, 2023, requiring the parties to submit the letter and case management plan by October 2, 2023 at 12 PM. *See* ECF No. 8. Once again, the parties failed to do so, filing the material only one hour before the 3 PM conference with the Court. Finally, while Plaintiff's counsel appeared for the conference, Defendants' counsel did not. For these reasons, the Court hereby ORDERS as follows:

    1.    No later than **October 5, 2023**, Plaintiff's counsel and Defendants' counsel must each file on ECF a declaration made under penalty of perjury stating that they have reviewed the Court's Individual Practices and that they will follow those practices and the Court's orders with respect to further proceedings in this case. In addition, Defendants' counsel's declaration should also address their non-appearance at the

October 2, 2023 conference and explain why that non-appearance should be excused.

2. The close of all discovery in this case will be January 5, 2024; summary judgment motions are due January 12, 2024; trial is set for the week of March 18, 2024. The final pretrial conference will take place on March 11, 2024 at 2 PM.  No later than **October 5, 2023**, the parties shall file on ECF a revised proposed case management plan that reflects these deadlines.

SO ORDERED.

Dated: October 2, 2023
New York, New York

ARUN SUBRAMANIAN
United States District Judge