UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MALKIAT SINGH,

          Plaintiff,

-against-

ANTHONY WATSON et al.,

          Defendants.

------------------------------------------------------------x

23-CV-7632 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 39.

The parties' motion to adjourn the November 21, 2024, conference is **GRANTED**. The November 21 conference is hereby **ADJOURNED sine die.**

The parties are directed to file a joint status letter by **Wednesday, November 27, 2024,** apprising the Court of the status of discovery and the parties' plan to complete discovery by the December 13, 2024, deadline.

      **SO ORDERED.**

Dated: November 20, 2024
       New York, New York

                                _s/ Ona T. Wang_
                                **Ona T. Wang**
                                United States Magistrate Judge