**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                    :
MALKIAT SINGH,                      :
                                    :
               Plaintiff,           :          23-cv-7632 (OTW)
                                    :
            -against-               :          **ORDER**
                                    :
                                    :
ANTHONY WATSON, et al.,             :
                                    :
               Defendants.          :
                                    :
-----------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court will hold a post discovery conference in this matter on **Tuesday, January 21,**

**2025 at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

      **SO ORDERED.**


          _s/  Ona T. Wang_

Dated: December 12, 2024                    **Ona T. Wang**
      New York, New York                   United States Magistrate Judge