**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MALKIAT SINGH,

            Plaintiff,

    -against-

ANTHONY WATSON, et al.,

            Defendants.

------------------------------------------------------------x

23-cv-7632 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

At the January 21, 2025, discovery conference, the Court extended the discovery deadline to February 28, 2025. (ECF 48). The parties are directed to file a joint status letter by **March 5, 2025,** apprising the Court on the status of discovery.

**SO ORDERED.**

Dated: February 27, 2025
       New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge