# GALLO VITUCCI KLAR
## LLP

Sherri A. Jayson
Manhattan Office
sjayson@gvlaw.com
646.998.1958

March 5, 2025

**BY ECF Only**
Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    Singh v. United Natural Foods, Inc.
              Case No.: 1:23-cv-07632

Your Honor:

     The parties submit this joint status letter in accord with the Court's Order dated February 27, 2025.  At the January 21, 2024 conference, the parties had requested that the case be referred to another Magistrate for a settlement conference.  While we await this information from the Court, the parties have also discussed the possibility of private mediation and potential mutually agreeable mediators.  Should we agree on mediation prior to the Court providing a date for a settlement conference, we will promptly advise the Court.

     Following the conference, Plaintiff's counsel provided an updated settlement demand, which Defendants are evaluating.

Respectfully submitted,

Sherri A. Jayson

cc:    Ari Lieberman, Esq. (By ECF Only)

**Manhattan** 90 Broad Street, 12th Floor, New York, NY 10004 • **New Jersey** 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
**Westchester** One Bridge Street, Suite 140, Irvington, NY 10533 • **Long Island** 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS:  90 BROAD STREET, 12TH FLOOR, NEW YORK, NY 10004  •  212.683.7100