# GALLO VITUCCI KLAR
LLP

WWW.GVLAW.COM

Sherri A. Jayson
Manhattan Office
sjayson@gvlaw.com
646.998.1958

March 28, 2025

**BY ECF Only**
Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    Singh v. United Natural Foods, Inc.
        Case No.: 1:23-cv-07632

Your Honor:

The parties submit this joint status letter motion seeking an extension of time to submit the JPTO pending the settlement conference. At the January 21, 2025 conference, the parties had requested that the case be referred to another Magistrate for the purposes of a settlement conference. The parties have also discussed some mediators upon which we would agree to use for private mediation in lieu of a settlement conference. In the interim, we request that the time to submit the JPTO be extended until 30 days after the conclusion of the settlement conference/mediation.

We will also submit a letter to the Court once we have agreed on a mediator and have a mediation date should the Court not first refer the case to another Magistrate to hold a settlement conference.

Respectfully submitted,

Sherri A. Jayson

**Application GRANTED.**

cc:    Ari Lieberman, Esq. (By ECF Only)

**SO ORDERED.**

**Ona T. Wang**
**U.S.M.J. 4/4/2025**

**Manhattan** 90 Broad Street, 12th Floor, New York, NY 10004 • **New Jersey** 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
**Westchester** One Bridge Street, Suite 140, Irvington, NY 10533 • **Long Island** 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 90 BROAD STREET, 12TH FLOOR, NEW YORK, NY 10004 • 212.683.7100