**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
MALKIAT SINGH, :
:
        Plaintiff, :     23-cv-7632 (OTW)
:
       -against- :     **ORDER**
:
ANTHONY WATSON, et al., :
:
        Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 56.

The parties' request to extend the deadline for the joint pretrial order is **DENIED as premature.** The parties are directed to file a joint status letter on the docket by **July 23, 2025**, apprising the Court on the outcome of the parties' mediation. If mediation is unsuccessful, the parties are to include a proposed schedule in their joint status letter.

The Clerk of Court is respectfully directed to close ECF 56.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: May 14, 2025                                  **Ona T. Wang**
       New York, New York                   United States Magistrate Judge