**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
MALKIAT SINGH,                                               :
                                                             :
                       Plaintiff,                            :          23-cv-7632 (OTW)
                                                             :
          -against-                                          :          **ORDER**
                                                             :
ANTHONY WATSON, et al.,                                      :
                                                             :
                       Defendants.                           :
                                                             :
                                                             :
-------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

     The Court having been advised that all claims asserted herein have been settled, (*see*

ECF 59), it is **ORDERED** that the above-entitled action be, and hereby is, dismissed with

prejudice but without costs; provided, however, that if the settlement is not consummated

within <u>thirty days of this order</u>, either party may apply by letter within the thirty-day period for

restoration of the action to the calendar of the undersigned, in which event the action will be

restored.

     The Clerk of Court is respectfully directed to close the case. Any pending dates and

deadlines are adjourned sine die, and any pending motions are moot.

     **SO ORDERED.**

                                                 *s/ Ona T. Wang*

Dated: July 21, 2025                                                        **Ona T. Wang**
      New York, New York                                                 United States Magistrate Judge